| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br>GRACIELA BRETSCHNEIDER DONCOUSE,<br><br>                Plaintiff,<br><br>    -against-<br><br>SARAR USA, INC., A DOMESTIC BUSINESS<br>CORPORATION, AND FIFTY BROAD STREET<br>INC., A DOMESTIC BUSINESS<br>CORPORATION,<br><br>                Defendants.<br>------------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>                   6/6/18<br><br>Case No.: 17-CV-2837 (JGK)(DF)<br><br>**STIPULATION OF SETTLEMENT<br>AND DISMISSAL** |

WHEREAS, Graciela Bretschneider Doncouse ("Doncouse") filed a complaint against Sarar USA, Inc. ("SARAR") and Fifty Broad Street, Inc. ("Fifty Broad," and collectively with Doncouse and SARAR, the "Parties") in the Southern District of New York, dated April 17, 2017, commencing the above-captioned case, Case No.: 17-cv-2837 (JGK)(DF) (the "Action"); and

WHEREAS, the Parties to this Action have negotiated in good faith and reached a settlement agreement resolving each and every claim in this action; and

WHEREAS, none of the Parties to this Action is an infant or incompetent person; and

WHEREAS, the Parties to this Action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties and their respective counsel as follows:

1.    The Action is hereby dismissed and discontinued with prejudice, as to all Parties and with respect to all claims, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2.    This Stipulation of Dismissal and any Order entered thereon shall have no precedential value or effect whatsoever and shall not be admissible in any other action or

proceeding as evidence or for any other purpose except in an action or proceeding to enforce this Stipulation of Dismissal.

SO ORDERED: _____  6/5/18
Honorable John G. Koeltl

Dated: May 30, 2018

| GRACIELA BRETSCHNEIDER DONCOUSE | SARAR USA, INC. |
|---|---|
| By: _____ | By: _____ |
| Bradly G. Marks | Cecilia R. Ehresman |
| THE MARKS LAW FIRM, P.C. | CULLEN AND DYKMAN LLP |
| 175 Varick Street, 3rd Floor | 100 Quentin Roosevelt Boulevard |
| New York, New York 10014 | Garden City, New York 11530 |
| Tel: (646) 770-3775 | Tel: (516) 357-3700 |
| *Attorneys for Graciela Bretscheider Doncouse* | *Attorneys for SARAR USA, Inc.* |

FIFTY BROAD STREET, INC.

By: _____
John Van Der Tuin
SMITH, GAMBRELL & RUSSELL, LLP
1301 Avenue of the Americas, 21st Floor
New York, New York 10019
Tel: (212) 907-9700
*Attorneys for Fifty Broad Street, Inc.*

THE CONFERENCE SCHEDULED FOR JUNE 4, 2018, IS CANCELED, AND THE MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT SARAR IS WITHDRAWN. THE CLERK IS DIRECTED TO CLOSE THIS CASE.

The Clerk is directed to close all pending motions. SO ordered.

6/5/18   U.S.D.J.